```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**XIAO FENG LIN,**

                  **Plaintiff,**        20-cv-1361 (JGK)

    - against -                  <u>ORDER</u>

**KENNETH CUCCINELLI et al.,**

                  **Defendants.**

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiff is required to serve the summons and complaint on the defendants within 90 days. <u>See</u> Fed. R. Civ. P. 4(m). If the plaintiff fails to do so, this case will be dismissed without prejudice.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 23, 2020**        ___/s/ John G. Koeltl_____
                                                     **John G. Koeltl**
                                         **United States District Judge**