```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

**XIAO FENG LIN,**

              Plaintiff,           20cv1361 (JGK)

    - against -             <u>ORDER</u>

**KENNETH CUCCINELLI et al.,**

              Defendants.

─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff is directed to advise the Court of the status of this case by August 6, 2020. If the plaintiff fails to do so, the case may be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    New York, New York
           July 29, 2020          /s/ John G. Koeltl
                                              John G. Koeltl
                                    United States District Judge