```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**FENG LIN,**

                **Plaintiff,**

    - against -

**KENNETH T. CUCCINELLI, ET AL.,**

                **Defendants.**

------------------------------------------------

                              20-cv-1361 (JGK)

                              <u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The time for the plaintiff to serve the summons and complaint is extended to September 30, 2020. If the plaintiff fails to serve the summons and complaint by that time, the case may be dismissed without prejudice at that time for failure to prosecute. <u>See</u> Fed. R. Civ. P. 4(m).

**SO ORDERED.**

**Dated:**    **New York, New York**
              **August 26, 2020**

                                        /s/ John G. Koeltl
                                               John G. Koeltl
                                  **United States District Judge**